1 | Byron Z. Moldo, Chapter 7 Trustee [State Bar No. 109652]
1925 Century Park East, 16th Floor
2 | Los Angeles, CA 90067
Telephone: (310) 601-1219
3 | Facsimile: (310) 551-0238

4 | Chapter 7 Trustee

FILED
MAR - 2 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re                                ) Case No. SV 97-12313 AG Gm
                                     ) Chapter 7
INTERNET IN A MALL,                  )
                                     )
                                     ) **NOTICE OF UNCLAIMED**
                                     ) **DIVIDENDS 3011**
                                     )
        Debtor.                      )
                                     )

**TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Please find annexed hereto Check Nos. 1599-1692 in the aggregate sum of $183,017.10 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: February 28, 2006

_____
BYRON Z. MOLDO, Chapter 7 Trustee

-1-

## NOTICE OF UNCLAIMED DIVIDENDS

| Claim Number | Claimant | Amount Distributed |
|---|---|---|
| No. 4 | JOYCE E. LAWVER<br>1030 Darby Road<br>San Marino, CA 91108 | $1,544.25 |
| No. 10 | ROBERT MADSEN, JR.<br>14331 Corby Avenue<br>Norwalk, CA 90650 | $812.67 |
| No. 11 | RANDY HEMPHILL, JR.<br>5438 Ebell Street<br>Long Beach, CA 90808 | $1,465.48 |
| No. 14 | EDWARD SCHNETZINGER<br>3663 Cardiff Avenue, Apt. 206<br>Los Angeles, CA 90034 | $832.25 |
| No. 33 | ERIK STERN BLANK<br>4540 North Orange Avenue, Apt. 111<br>Long Beach, CA 90807 | $1,065.80 |
| No. 37 | MARK S. DENSLOW<br>P.O. Box 1428<br>Morongo Valley, CA 92256 | $1,877.04 |
| No. 42 | MARK D. RAMSFIELD<br>1207 West Scenic, #R-12<br>North Little RO, AR 72118 | $431.24 |
| No. 53 | CHARLES ANDREW SHORT<br>33785 Robles<br>Dana Point, CA 92629 | $1,332.27 |
| No. 63 | ALLEN P. HASBROUCK, JR.<br>11829 Don Meredith Lane<br>El Paso, TX 79936 | $183.05 |
| No. 66 | JAIME MARQUEZ<br>8512 Mount Baldy<br>El Paso, TX 79904 | $235.72 |
| No. 68 | BOBBIE BOGGS<br>14358 Magnolia Boulevard, Apt. 237<br>Sherman Oaks, CA 91423 | $300.20 |
| No. 76 | ADN SPENCER<br>5216 Corteen Place, Apt. 18<br>North Hollywood, CA 91607 | $1,328.71 |
| No. 79 | JACK GRODZIENSKI<br>P.O. Box 251683<br>Los Angeles, CA 90025 | $1,758.40 |
| No. 82 | DEREK S. JACOBSEN<br>1152 North Ardmore Avenue<br>Los Angeles, CA 90029 | $653.70 |
| No. 83 | NAVIL M. NAJA<br>1042 South Dunsmuir Avenue<br>Los Angeles, CA 90019 | $595.04 |

| | | |
|---|---|---|
| No. 95 | TONNE PAMELA<br>6841 Woodley Avenue<br>Van Nuys, CA 91406 | $1,024.54 |
| No. 106 | JAQUELYNN G. PERSKE<br>11233 Yarmouth Avenue<br>Granada Hills, CA 91344 | $461.85 |
| No. 107 | JENNIFER LEAKE<br>12251 Trask, Apt. 3<br>Garden Grove, CA 90843 | $217.38 |
| No. 116 | GILBERT LEWIS SMITH<br>9300 Viscount Street, Apt. 21<br>El Paso, TX 79925 | $347.25 |
| No. 120 | WILLIAM CHRIS JORDAN<br>1505 East High Pointe<br>Harrisburg, PA 17110 | $313.34 |
| No. 122 | MATTHEW K. HAM<br>4424 A 29th Street<br>Lubbock, TX 79410 | $313.91 |
| No. 123 | CHRISTOPHER LOTT<br>27547 Saffron Lane<br>Santa Clarita, CA 91350 | $888.17 |
| No. 124 | JOAN F. ENNIS<br>14575 Waverly Avenue<br>Midlothian, IL 60445 | $720.97 |
| No. 125 | ROBERT ADKINS, II<br>9826 Meadow Lark<br>Converse, TX 78109 | $965.08 |
| No. 128 | RON FIELDS<br>3240 Tamarack Court, Apt. 606<br>Evansville, IN 47715 | $725.74 |
| No. 129 | LISA A. MARTIN<br>2171 Septo Street, Apt. 207<br>Chatsworth, CA 91311 | $577.31 |
| No. 130 | LAURA S. BROWN<br>15934 Valley Vista<br>Encino, CA 91436 | $792.69 |
| No. 134 | OWUSU NANA<br>22044 Clarendon Street<br>Woodland Hills, CA 91367 | $1,776.34 |
| No. 154 | JANE M. ALCANTARA<br>8757 Canby Avenue, Apt. 213<br>Northridge, CA 91325 | $400.51 |
| No. 158 | THETA SYSTEMS<br>28930 North Silver Saddle, Suite 102<br>Canyon Country, CA 91351 | $1,950.52 |
| No. 167 | MATTHEW ELZER<br>1022 North Third Street<br>Boonville, IN 47601 | $1,973.21 |

| | | |
|---|---|---|
| No. 169 | RUTH A. DORMAN<br>3001 Hahn Drive, Apt. 145<br>Modesto, CA 95350 | $475.51 |
| No. 196 | JOHN SEARCY<br>11800 Grant Road, Apt. 2607<br>Cypress, TX 77429 | $1,448.85 |
| No. 201 | ROMAN BOLANKO<br>1345 North Fuller Avenue, Apt. 304<br>Los Angeles, CA 90046 | $854.78 |
| No. 213 | DAVID SCHONEBERG<br>3000 Hasley Canyon, Apt. 62<br>Castaic, CA 91384 | $819.87 |
| No. 215 | LISA T. JOHANSEN<br>27603 Sycamore Creek Drive<br>Valencia, CA 91354 | $2,958.45 |
| No. 217 | HORACE WELLINGTON<br>6943 Haskell Avenue, Apt. 209<br>Van Nuys, CA 91406 | $180.39 |
| No. 225 | CHARLES D. BRYAN<br>16342 Southwest 17th Avenue<br>Ocala, FL 34473 | $1,590.31 |
| No. 226 | DAVID T. PARENTEAU<br>10659 El Soneto Avenue<br>Fountain Valley, CA 92708 | $484.05 |
| No. 238 | TANYA SATARI<br>2914 West Gandy Boulevard, Apt. D<br>Tampa, FL 33611 | $430.52 |
| No. 248 | GEORGE F. GRUND, IV<br>5830 Reseda Boulevard, Apt. 226<br>Tarzana, CA 91356 | $781.60 |
| No. 280 | ROBIN WALKER<br>91 Hurlbut Street<br>Pasadena, CA 91105 | $461.85 |
| No. 281 | JULIO APARICIO<br>580 Clipper Street<br>San Francisco, CA 94114 | $337.06 |
| No. 296 | LOREN T. SAXTON<br>2007 Gregory Lake Road<br>North Augusta, SC 29841 | $814.53 |
| No. 298 | DARRYL K. NARBE<br>195 Lovers Lane<br>Somerset, NJ 08873 | $1,046.42 |
| No. 309 | ARNOLD ERDLES<br>527 Cedar Avenue, 2K<br>Long Beach, CA 90802 | $1,618.93 |
| No. 312 | RANDY SMITH<br>4159 Elenda Street, Apt. 7<br>Culver City, CA 90232 | $780.84 |

| No. 328 | CHARLES M. HUFF<br>14942 Sherman Way<br>Van Nuys, CA 91405 | $656.14 |
|---|---|---|
| No. 330 | KATY G. BROWN<br>17940 River Circle<br>Canyon Country, CA 91351 | $1,537.20 |
| No. 333 | JUSSI P. RATSULA<br>12 Cerrito<br>Irvine, CA 92612 | $1,366.42 |
| No. 335 | ATTILA BANOCZY<br>1433 East Garfield Avenue<br>Glendale, CA 91205 | $359.93 |
| No. 337 | GRIDNET INTERNATIONAL<br>1000 Holcomb Woods Parkway, Suite 342<br>Roswell, GA 30076 | $74,395.46 |
| No. 340b | WOODBRIDGE CENTER CART 36SF<br>250 Woodbridge Center Drive<br>Woodbridge, NJ 07095 | $3,832.15 |
| No. 359 | ROMEO B REYES<br>925 Azalia Drive<br>Lewisville, TX 75067 | $320.65 |
| No. 364 | HERIBERTO G. LINARES<br>1127 East 47th Street<br>Los Angeles, CA 90011 | $266.46 |
| No. 365 | VINCENT L. STEWART<br>38301 11th Street East, Apt. 5<br>Palmdale, CA 93550 | $679.43 |
| No. 379 | TIMOTHY ROSS BRATCHER<br>7 Devonshire Drive<br>Conroe, TX 77304 | $1,085.47 |
| No. 383 | ATTILA SERESS<br>7008 Jellico Avenue<br>Van Nuys, CA 91406 | $799.36 |
| No. 385 | DIANE H. KNOLL<br>2727 Greer Road<br>Goodlettsville, TN 37072 | $224.22 |
| No. 388 | HEATHER ROSE<br>17819 Merridy Street, Apt. 235<br>Northridge, CA 91325 | $843.77 |
| No. 389 | MERLE K. SCOFIELD<br>13335 Wingo Street<br>Pacoima, CA 91331 | $2,172.47 |
| No. 390 | RICHARD THOMPSON<br>18555 Parker Road<br>Mokena, IL 60448 | $1,675.91 |
| No. 398b | SANTA ANA VENTURE<br>Altheimer & Gray - Attn: Chris Combest, Esq.<br>10 South Wacker Drive<br>Chicago, IL 60606 | $3,000.00 |

| | | |
|---|---|---|
| No. 400b | URBAN RETAIL PROPERTIES COMPANY<br>Quarles & Brady, LLC<br>c/o Chris Combest<br>500 West Madison Street, Suite 3700<br>Chicago, IL 60661 | $3,904.76 |
| No. 410 | SCOTT MORRISON<br>Stockton College P.O. Box 3490<br>Pomona, NJ 08420 | $233.19 |
| No. 415 | DAN OSTERDAY<br>18551 Prairie Street, Apt. 24<br>Northridge, CA 91324 | $603.95 |
| No. 418 | VICTORIA S. TUCKER<br>18550 Vincennes Street, Apt. 105<br>Northridge, CA 91324 | $639.49 |
| No. 429a | RICHARD H. CUMMINS<br>165 Henderson Avenue<br>Washington, PA 15301 | $358.76 |
| No. 429b | RICHARD H. CUMMINS<br>165 Henderson Avenue<br>Washington, PA 15301 | $121.08 |
| No. 430 | JASON CAMPOS<br>19101 Nadal Street, Apt. 221<br>Canyon Country, CA 91351 | $486.68 |
| No. 437 | RICHARD E. TAGUE<br>2389 Longview Drive<br>Woodbridge, VA 22191 | $1,177.29 |
| No. 487 | SHAWNA L TAYLOR<br>4424 B 29th Street<br>Lubbock, TX 79410 | $246.64 |
| No. 508 | BOTVINSKY VLADLEN<br>1118 South Oakhurst, Apt. 1<br>Los Angeles, CA 90211 | $621.72 |
| No. 512b | MARY E GEVING<br>24636 Stonegate Drive<br>West Hills, CA 91304 | $3,108.60 |
| No. 569 | BOUCHER JOSHUA<br>1654 Estates Court<br>San Jose, CA 95127 | $1,056.04 |
| No. 570 | ANTHONY J. MARTINEZ<br>656 South 7th Street, Apt. 8<br>San Jose, CA 95112 | $874.85 |
| No. 574b | MATTHEW LEWANDOWSKY<br>3452 Verdi Drive<br>San Jose, CA 95111-1353 | $1,123.30 |
| No. 579 | DEAN P. FARNSWORTH<br>622 Ash Street<br>Johnstown, PA 15902 | $538.15 |

| | | |
|---|---|---|
| No. 611 | MATTHEW LEWANDOWSKY<br>3452 Verdi Drive<br>San Jose, CA 95111-1353 | $1,123.30 |
| No. 637 | KENNETH HOLLAND<br>487 Oak Tree Lane, Apt. C<br>Thousand Oaks, CA 91360 | $466.30 |
| No. 639 | JACOB B. SCHAAF<br>2113 Polo Club Drive, Apt. 204<br>Kissimmee, FL 34741 | $2,325.82 |
| No. 640a | JARRETT D. KECK<br>2782 Engel Drive<br>Los Alamitos, CA 90720 | $799.36 |
| No. 640b | JARRETT D. KECK<br>2782 Engel Drive<br>Los Alamitos, CA 90720 | $1,065.80 |
| No. 641 | JARED AMRAM<br>22030 Calvert Street, Apt. 5<br>Woodland Hills, CA 91367 | $448.31 |
| No. 671 | MEKA NEWELL<br>1601 North Shackleford Road, Apt. 314<br>Little Rock, AR 72211 | $701.40 |
| No. 685 | LUIS HERNANDEZ<br>5971 Friar Way<br>San Jose, CA 95129 | $2,969.97 |
| No. 695 | RONALD BRONSON JR<br>6600 Washington Avenue, Apt. 134<br>St. Louis, MO 63130 | $1,076.29 |
| No. 699 | BELLSOUTH TELECOMMUNICATIONS<br>125 Perimeter Center West, Suite 260<br>Atlanta, GA 30346 | $14,114.20 |
| No. 703 | ADRIAN NICOLA<br>650 Center Drive South<br>Las Vegas, NV 89144 | $1,923.11 |
| No. 708 | KELLI M. PARROTT<br>43367 16th Street West, Apt. 16<br>Lancaster, CA 93534 | $639.49 |
| No. 709 | TIMOTHY PARROTT<br>43367 16th Street West, Apt. 16<br>Lancaster, CA 93534 | $888.17 |
| No. 726a | MICHAEL C. TRASK<br>2313 Estrellita Way<br>Sacramento, CA 95825 | $527.79 |
| No. 726b | MICHAEL C. TRASK<br>2313 Estrellita Way<br>Sacramento, CA 95825 | $1,281.02 |
| No. 735 | MARK BOWTHILLER<br>910 Cinnabar Street<br>San Jose, CA 95126 | $1,408.64 |
| | ***TOTAL TURNOVER TO USBC:*** | ***$183,017.10*** |