| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ASSET RECOVERY TRUST<br>P.O. BOX 4296<br>COSTA MESA, CA 92628-4296<br>PH: 714-546-8100<br>FAX: 714-435-1792 |  FILED APR 21 2006 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY _____ Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: INTERNET IN A MALL, INC.

CASE NUMBER SV97-12313 GM

HEARING DATE:
TIME:
Debtor.    PLACE:

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 1,177.29 _____ which is the sum of all monies deposited with the court on the following date(s) March 7, 2006 _____
on behalf of the creditor RICHARD E. TAGUE _____ on claim number(s) 437 _____

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☒ c. I am the creditor and have appointed ASSET RECOVERY TRUST _____
   as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☐ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   _____
   _____
   _____
   _____

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*  **F 3011-1**

In re INTERNET IN A MALL, INC.

CHAPTER 7

Debtor.   CASE NUMBER SV97-12313 GM

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

      P.O. BOX 781

      COBBS CREEK, VA 23035

      804-725-2226

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

      SEE CERTIFIED DECLARATION ATTACHED.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*          **F 3011-1**

In re INTERNET IN A MALL, INC.                    CHAPTER 7

                                    Debtor.    CASE NUMBER SV97-12313 GM

*/s/ Richard E. Tague*
_____
Creditor

(Corporate Seal

RICHARD E. TAGUE
_____
Type or Print Creditor's Name

if applicable)

P.O. BOX 781
_____
Creditor's Address

COBBS CREEK, VA 23035
_____

STATE OF ~~CALIFORNIA~~ Virginia, COUNTY OF Mathews

On April 7th 2006 _____ before me, personally appeared *(insert name and title of the signer)*
Richard E. Tague

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

*/s/ Jaime C Wheeley*
_____
Notary Public

(SEAL)                                My commission expires on 11/30/06

Motion for Order Releasing Unclaimed Funds - *Page 4*     **F 3011-1**

In re  INTERNET IN A MALL, INC.                   CHAPTER __7__

Debtor.    CASE NUMBER  SV 97- 12313 GM

_Signature of Attorney/Attorney-in-Fact (if appointed)_

AL MELONE for ASSET RECOVERY TRUST
Type or Print Name

P.O. BOX 4296
Address

COSTA MESA, CA 92628-4296

STATE OF CALIFORNIA, COUNTY OF  Orange

On  April 18, 2006  before me, personally appeared *(insert name and title of the signer)*

Al Melone only

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

Notary Public

(SEAL)

My commission expires on  8/13/06

CORALEE PRETTYMAN
COMM. #1369892
NOTARY PUBLIC-CALIFORNIA
ORANGE COUNTY
My Comm. Exp. August 13, 2006

Presented by:

ASSET RECOVERY TRUST

P.O. BOX 4296

COSTA MESA, CA 92628-4296

Revised May 2004    This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 3011-1**

Motion for Order Releasing Unclaimed Funds - *Page 5*

**F 3011-1**

In re INTERNET IN A MALL, INC.

CHAPTER 7

Debtor.  CASE NUMBER SV97-12313 GM

# PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on __4-19-06__, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

UNITED STATES ATTORNEY
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

UNITED STATES TRUSTEE'S OFFICE
725 S FIGUEROA, 26TH FLOOR
LOS ANGELES, CA 90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

BYRON Z. MOLDO
1925 CENTURY PARK EAST #1600
LOS ANGELES, CA 90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

INTERNET IN A MALL, INC.
18700 OXNARD ST.
TARZANA, CA 91356

DAVID SEROR, ESQ.
21300 VICTORY BLVD. #1270
WOODLAND HILLS, CA 91367

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Date: 4-19-06

Signature

AL MELONE
Type or Print Name

## LIMITED POWER OF ATTORNEY/ DECLARATION

I do hereby grant to ASSET RECOVERY TRUST, my sole true and lawful attorney-in-fact for me and in my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following limited purpose <u>and for no other</u>:

> To reclaim, recover, and return unclaimed funds in the amount of **$1,177.29** only, less agreed upon fee, to the signatory below.

I do hereby grant my attorney-in-fact every power necessary to carry out the limited purposes for which this limited power of attorney is granted, on an exclusive basis.

This Limited Power of Attorney revokes all previous powers of attorney granted for the purpose of obtaining dividends from this specific bankruptcy case.

**I do hereby declare that my name is RICHARD E. TAGUE, that I am currently located at P.O. BOX 781, COBBS CREEK, VA 23035, that my phone number is 804-725-2226, that I am a former employee and rightful creditor of INTERNET IN A MALL, INC., Case SV 97-12313 GM, and that I am entitled to this unclaimed dividend.**

I certify under penalty of perjury under U.S. Law that the foregoing is true and correct.

DATED 4-7-06       SIGNED X _Richard E Tague_

NAME   RICHARD E. TAGUE

---

SUBSCRIBED AND SWORN TO BEFORE ME THIS 7th DAY OF April, 2006,
TO CERTIFY WITNESS MY HAND AND OFFICIAL SEAL

_____ C. Wheeley
NOTARY PUBLIC IN AND FOR

[SEAL]                                   The State of Virginia

My Commission expires on 11/30/06

