

Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000 - Suite 500, Main Street
Voorhees, New Jersey 08043
Phone: 856-761-3400
Fax: 856-873-9077
Attorneys for General Growth Properties, Inc., successor-in-interest to
Woodbridge Center, Inc.

FILED
JUN 27 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

FOR COURT USE ONLY

RECEIVED
JUN 27 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:
    Internet In A Mall, Inc.

                                                    Debtor.

CASE NUMBER SV 97-12313 GM

HEARING DATE:

TIME:

PLACE:

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 3,832.15 _____ which is the sum of all monies deposited with the court on the following date(s) March 2, 2006
on behalf of the creditor Woodbridge Center, Inc. _____ on claim number(s) 340

2. Please check and complete the applicable subparagraph(s) below:

    ☐ a.  I am the creditor named in paragraph 1.

    ☒ b.  I am an employee of the creditor named in paragraph 1 and my title is Manager, Bankruptcy Services .
    The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition.  Submit evidence establishing authority to act on behalf of creditor.

    ☒ c.  I am the creditor and have appointed Ballard Spahr Andrews & Ingersoll, LLP _____
    as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

    ☐ d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

_____

_____

_____

_____

_____

*(Continued on next page)*

Motion for Order Releasing Unclaimed Funds - *Page 2*　　**F 3011-1**

| In re Internet In A Mall, Inc. | | CHAPTER _____ |
|---|---|---|
| | Debtor. | CASE NUMBER SV 97-12313 GM |

3. Please complete each of the following subparagraphs:

    a. The following is the creditor's address and phone number:

      General Growth Properties, Inc.

      110 N. Wacker Drive

      Chicago, Illinois  60606-1511

    b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s).  Submit evidence establishing the sale of the company from the prior to the new owner(s):

      See attached Certification of Stephen Warsh, Manager of Bankruptcy Services of General Growth Properties, Inc.

      and exhibits attached thereto.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

Motion for Order Releasing Unclaimed Funds - *Page 3*    **F 3011-1**

| In re Internet In A Mall, Inc. | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER SV 97-12313 GM |

*Stephen Warsh, Manager*
*Bankruptcy Services*
*General Growth Properties, Inc.*

_____
*Creditor*

(Corporate Seal

General Growth Properties, Inc.
_____
*Type or Print Creditor's Name*

if applicable)

Stephen Warsh, Manager Bankruptcy Services
_____
Creditor's Address

110 N. Wacker Drive
_____

Chicago, Illinois 60606
_____

ILLINOIS
STATE OF ~~CALIFORNIA~~, COUNTY OF  Cook _____

On ___June 13, 2006_____ before me, personally appeared (*insert name and title of the signer*)
_Stephen Warsh, Manager Bankruptcy Services_
_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument. WITNESS my hand and official seal.

_____
*Notary Public*

My commission expires on __5/7/09__

"OFFICIAL SEAL"
(SEAL)
KATHLEEN FABRE
Notary Public, State of Illinois
My Commission Expires 05/07/09

Motion for Order Releasing Unclaimed Funds - *Page 4*                    **F 3011-1**

| In re  Internet In A Mall, Inc. | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER SV 97-12313 GM |

*Signature of Attorney/Attorney-in-Fact (if appointed)*

Mariah Murphy
*Type or Print Name*

Ballard Spahr Andrews & Ingersoll, LLP
Address

Plaza 1000 - Suite 500, Main Street

Voorhees, New Jersey  08043

NEW JERSEY
STATE OF ~~CALIFORNIA~~, COUNTY OF  Camden _____

On 6/12/06 _____ before me, personally appeared *(insert name and title of the signer)*

Mariah Murphy

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.  WITNESS my hand and official seal.

*Notary Public*

(SEAL)

My commission expires on ___ N/A

Presented by:

Michael E. Brown, Esquire

Attorney-At-Law

State of New Jersey

Motion for Order Releasing Unclaimed Funds - *Page 5*                    **F 3011-1**

| In re  Internet In A Mall, Inc. | CHAPTER _____ |
|---|---|
| Debtor. | CASE NUMBER SV 97-12313 GM |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on _June 13, 2006_
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document
described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other
persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney
Central District of California
312 North Spring Street
Los Angeles, CA  90012

United States Trustee
Central District of California
725 South Figueroa, 26th Floor
Los Angeles, CA  90017

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Byron Z. Moldo

1925 Century Pk. E#1600

Los Angeles, CA  90067

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to
supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Internet In A Mall, Inc.                                    David Seror, Attorney

18700 Oxnard Street                                        21300 Victory Blvd., #1270

Tarzana, CA  91356                                         Woodland Hills, CA  91367

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and
the creditor's counsel, if any:

Woodbridge Center, Inc.

250 Woodbridge Center Drive

Woodbridge, New Jersey  07095

_June 13, 2006_                                            _Mariah Murphy_
Date                                                       Signature

                                                          _Mariah Murphy_
                                                          Type or Print Name
                                                          _Ballard Spahr Andrews &_
                                                          _Ingersoll, LLP_
                                                          _Counsel for General Growth_
                                                          _Properties, Inc._

## LIMITED POWER OF ATTORNEY

*KNOWN ALL MEN BY THESE PRESENTS, That*

General Growth Properties, Inc.

*has made, constituted and appointed and by these presents does make, constitute and appoint:*

Ballard Spahr Andrews & Ingersoll, LLP

*its true and lawful attorney-in-fact, for the corporate entity, and in its name , place and stead and for its use and benefit,*

**ONLY** to apply for abandoned funds, or undistributed, unclaimed, or undelivered tenders or funds in the amount of

$3,832.15

*giving and granting unto said attorney-in-fact full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done, as fully, to all intents and purposes, as I might or could do if personally present, hereby ratifying and confirming all that my said attorney-in-fact shall lawfully do or cause to be done, by virtue hereof. In construing this instrument, and where the context so requires, the singular includes plural. **This Limited Power of Attorney is specifically limited to the collection and disbursement of the above-named funds.***

Stephen Warsh
Manager Bankruptcy Services
General Growth Properties, Inc.

June 13, 2006
Date

---

## NOTARY ACKNOWLEDGEMENT

*State of* Illinois

*County of* Cook

*SUBSCRIBED AND SWORN on the* 13th *day of* June *, 2006 before me, personally appeared* Stephen Warsh *personally proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person or the entity upon behalf of which the person acted executed the instrument.*

*WITNESS my hand and official seal*

*Signature* Kathleen Fabre

*Residing at* Chicago, IL

*My commission expires:* 5/7/09

"OFFICIAL SEAL"
KATHLEEN FABRE
seal Notary Public, State of Illinois
My Commission Expires 05/07/09

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
By:    Mariah E. Murphy, Esquire
Plaza 1000 – Suite 500, Main Street
Voorhees, New Jersey 08043
(856) 761-3400
Counsel for General Growth Properties, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. SV 97-12313 AG/GM |
| | : | |
| | : | ORDER TO PAY UNCLAIMED FUNDS |
| | : | |
| Internet In A Mall, Inc. | : | CHAPTER 7 |
| | : | |
| | : | |

It appears that a check made payable to GENERAL GROWTH PROPERTIES, INC., as the successor - in- interest to Woodbridge Center, Inc., in the amount of $3,832.15 was not presented and paid within the ninety days provided for in Bankruptcy Code § 347. An unclaimed funds report was filed by the Trustee on March 3, 2006 to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that GENERAL GROWTH PROPERTIES, INC. now claims the above monies in an Application filed with this Court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $3,832.15 to GENERAL GROWTH PROPERTIES, INC., 110 North Wacker Drive, Chicago, Illinois 60606, Attn: Stephen Warsh, Manager Bankruptcy Services.

_____
United States Bankruptcy Judge

_____
Date

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
A Pennsylvania Limited Liability Partnership
By:     Mariah E. Murphy, Esquire
Plaza 1000 – Suite 500, Main Street
Voorhees, New Jersey 08043
(856) 761-3400
Counsel for General Growth Properties, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. SV 97-12313 AG/GM |
| | : | |
| | : | |
| | : | |
| Internet In A Mall, Inc. | : | CHAPTER 7 |
| | : | |
| | : | |

## CERTIFICATION IN SUPPORT OF MOTION BY GENERAL GROWTH
## PROPERTIES, INC. FOR PAYMENT OF ITS CLAIM FROM THE
## REGISTRY FUND PURSUANT TO LBR 3011-1

I, Stephen Warsh, hereby certify and state as follows:

1.      I am the Manager of Bankruptcy Services of General Growth Properties, Inc.,

("General Growth") the successor-in-interest to Woodbridge Center, Inc. ("Woodbridge Center")

and am authorized to make the following certification on behalf of General Growth. I have

personal knowledge of the facts stated herein.

2.      On or about February 21, 1997 (the "Petition Date"), Internet In A Mall, Inc. (the

"Debtor") filed a voluntary petition for relief under chapter 11 of Title 11 of the United States

Bankruptcy Code in the United States Bankruptcy Court for the Central District of California.

The case was converted to a chapter 7 on or about August 26, 1997.

3.      Prior to the Petition Date, the Debtor and Woodbridge Center entered into a

commercial Lease Agreement, the terms of which provided that the Debtor would occupy

commercial space and would pay rent and charges for use of the commercial space (the "Leased

Premises").

4.    On or about May 19, 1997, Woodbridge Center filed a proof of claim ("Claim No. 340") with the Bankruptcy Court evidencing their unsecured claim totaling $4,800.00, of which $3,832.15 was a priority. Attached hereto as Exhibit A is a true and correct copy of the Claims Register evidencing Claim No. 340.

5.    Woodbridge Center's address was listed on Claim No. 340 as Woodbridge Center, Inc. 250 Woodbridge Center Drive, Woodbridge, New Jersey  07095.

6.    The Leased Premises was located at Woodbridge Center Shopping Plaza (the "Shopping Center").

7.    Woodbridge Center was the lessor of the commercial space at the Shopping Center as the agent for The Rouse Company.

8.    On or about November 12, 2004, General Growth acquired The Rouse Company, and its entities, including Woodbridge Center, Inc.  Accordingly, General Growth is the legal successor-in-interest to Woodbridge Center, the landlord under the shopping center lease with the debtor, and a creditor in this case. Attached hereto as Exhibit B is a true and correct copy of SEC Form 8-K evidencing General Growth's acquisition of The Rouse Company and Woodbridge Center.

9.    On or about March 2, 2006, the Trustee filed a Notice Depositing Funds to the Registry of the Court in the above captioned matter. Attached hereto as Exhibit C is a true and correct copy of the Notice Depositing Funds to the Registry of the Court.

10.    Pursuant to the Notice Depositing Funds, Woodbridge Center is entitled to receive payment of $3,832.15.

11.    As successor-in-interest to Woodbridge Center, General Growth is entitled to collect these funds.

12.    General Growth's address and tax identification number are as follows:

General Growth Properties, Inc.
110 N. Wacker Drive
Chicago, Illinois  60606-1511
Attn: Stephen Warsh, Manager Bankruptcy Services
Tax ID #    42-1283895

13.    Accordingly, General Growth seeks an Order from the Court directing the

payment of the claim of Woodbridge Center, in the amount of $3,832.15 from the Registry Fund

pursuant to LBR 3011-1.

    I certify that the foregoing statements made by me are true under penalty of

perjury.

Dated: June 13, 2006

By: _Stephen W Warsh_
    Stephen Warsh
    Manager, Bankruptcy Services
    General Growth Properties, Inc.
    Successor-In-Interest to
    Woodbridge Center, Inc.

STATE OF ILLINOIS COUNTY OF __Cook__

On __June 13, 2006__ before me, personally appeared *(insert name and title of the signer)*
__Stephen Warsh, Manager Bankruptcy Services__

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose
name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my
hand and official seal.

(SEAL)

```
§§§§§§§§§§§§§§§§§§§§§§§§§
§    "OFFICIAL SEAL"    §
§    KATHLEEN FABRE    §
§  Notary Public, State of Illinois  §
§  My Commission Expires  05/07/09  §
§§§§§§§§§§§§§§§§§§§§§§§§§
```

_Kathleen Fabre_
Notary Public

My commission expires on __5/7/09__

# EXHIBIT A

| Claim No: 340 | Creditor Name: WOODBRIDGE CENTER CART 36SF<br>WOODBRIDGE CENTER INC<br>250 WOODBRIDGE CENTER DR<br>WOODBRIDGE, NJ 07095 | Last Date to File Claims:<br>Last Date to File (Govt):<br>Filing Status:<br>Docket Status:<br>Late: N |
|---|---|---|
| Claim Date:<br>05/19/1997 | Amends Claim No:<br>Amended By Claim No: | Duplicates Claim No:<br>Duplicated By Claim No: |
| **Class** | **Amount Claimed** | **Amount Allowed** |
| Unsecured | $967.85 | |
| Secured | $0.00 | |
| Priority | $3832.15 | |
| Unknown | $0.00 | |
| Admin | $0.00 | |
| **Total** | **$4800.00** | |
| Description: | | |
| Remarks: Converted from NIBS. | | |

**EXHIBIT B**

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 8-K

## CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of Earliest Event Reported):          November 12, 2004

# General Growth Properties, Inc.

(Exact name of registrant as specified in its charter)

| Delaware | 1-11656 | 42-1283895 |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 110 N. Wacker Drive, Chicago, Illinois | 60606 |
|---|---|
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code:          312.960.5000

Not Applicable

Former name or former address, if changed since last report

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

[] Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
[] Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
[] Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
[] Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

© 2004. EDGAR Online, Inc.

Top of the Form

**Item 2.01. Completion of Acquisition or Disposition of Assets.**

On November 12, 2004, General Growth Properties, Inc. completed its previously announced merger with The Rouse Company ("Rouse"). A copy of the related press release is furnished as Exhibit 99.1 hereto.

**Item 9.01. Financial Statements and Exhibits.**

(a), (b) The requisite financial information with respect to the Rouse acquisition will be filed under cover of Form 8-K/A as soon as practicable, and in any event not later than 71 days after the closing date of acquisition on November 12, 2004.
(c) Exhibits
Exhibit No. Description
99.1 Press Release dated November 12, 2004 entitled "General Growth Properties, Inc. Completes Acquisition of The Rouse Company" (furnished herewith)

© 2004.  EDGAR Online, Inc.

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

General Growth Properties, Inc.

November 12, 2004      By:                    *Bernard Freibaum*

Name: Bernard Freibaum
Title: Executive Vice President and Chief Financial Officer

© 2004. EDGAR Online, Inc.

Top of the Form

ExhibitIndex

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release |

© 2004. EDGAR Online, Inc.

News Release **General Growth Properties, Inc.**

110 North Wacker Drive
Chicago, IL 60606
(312)960-5000
FAX (312)960-5475

**FOR IMMEDIATE RELEASE**

CONTACT: David Keating
Sr. Manager, Media Relations
david.keating@generalgrowth.com
(312)960-6325

### GENERAL GROWTH PROPERTIES, INC. COMPLETES ACQUISITION OF THE ROUSE COMPANY

**Chicago, Illinois, November 12, 2004** –General Growth Properties, Inc. **(NYSE: GGP)** has completed the previously announced acquisition of Maryland-headquarted The Rouse Company, a premier real estate development and management company.

The Rouse Company acquisition adds 37 regional shopping malls, four community centers, and six mixed-use projects totaling 40million square feet to General Growth's portfolio of owned shopping centers. There is also a portfolio of office, industrial and other commercial properties totaling approximately 9million square feet and considerable undeveloped land in some of the most successful master planned communities in the country, such as Summerlin, Nevada, Columbia, Maryland and The Woodlands outside Houston.

Sales per square foot for the retail properties average approximately $439 and occupancy is approximately 92percent. The portfolio of retail centers includes such world-class properties as Water Tower Place (Chicago), Oakbrook Center (Oakbrook, IL—Chicago), Fashion Show Mall (Las Vegas) and Faneuil Hall Marketplace (Boston). The planned community development projects (commercial and residential), two of which include Summerlin, outside Las Vegas, and Bridgelands, near Houston, will capture the spirit of local commerce, art, culture and recreation, within a close-knit, community setting.

The office portfolio is located primarily in the Baltimore/Washington corridor and the rapidly growing Las Vegas market. The office properties provide quality space and great visibility for all types of business.

General Growth Properties, Inc. is a nationwide shopping center owner, developer and manager of regional shopping malls. General Growth currently has ownership interest in, or management responsibility for, a portfolio of 221 regional shopping malls and numerous other types of properties in 44 states. The company portfolio totals approximately 200million square feet of space and includes over 16,000 retailers nationwide. The second largest U.S.-based publicly traded Real Estate Investment Trust (REIT), General Growth Properties, Inc. is listed on the New York Stock Exchange under the symbol GGP. For more information, please visit the company web site at http://www.generalgrowth.com .

### ###

© 2004.  EDGAR Online, Inc.

## End of Filing

© 2004.  EDGAR Online, Inc.

**EXHIBIT C**

1 | Byron Z. Moldo, Chapter 7 Trustee [State Bar No. 109652]
1925 Century Park East, 16th Floor
2 | Los Angeles, CA 90067
Telephone: (310) 601-1219
3 | Facsimile: (310) 551-0238

4 | Chapter 7 Trustee

FILED

MAR - 2 2006

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

6 | UNITED STATES BANKRUPTCY COURT
7 | CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

9 | In re                                    ) Case No. SV 97-12313 ~~AG~~ Gm
                                             ) Chapter 7
10 | INTERNET IN A MALL,                      )
                                             )
11 |                                         ) NOTICE OF UNCLAIMED
                                             ) DIVIDENDS 3011
12 |                                         )
                                             )
                         Debtor.             )
13 |                                         )

15 |     **TO JON D. CERETTO, CLERK OF THE UNITED STATES BANKRUPTCY**

16 | **COURT:**

17 |        Please find annexed hereto Check Nos. 1599-1692 in the aggregate sum of $183,017.10

18 | representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate.  Said

19 | sum is paid over to you pursuant to Bankruptcy Rule 3011.  A list of the name(s), address(es) and

20 | amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

21 |

22 | Dated: February 28 , 2006

25 | BYRON Z. MOLDO, Chapter 7 Trustee

-1-

| No. 328 | CHARLES M. HUFF<br>14942 Sherman Way<br>Van Nuys, CA 91405 | $656.14 |
| No. 330 | KATY G. BROWN<br>17940 River Circle<br>Canyon Country, CA 91351 | $1,537.20 |
| No. 333 | JUSSI P. RATSULA<br>12 Cerrito<br>Irvine, CA 92612 | $1,366.42 |
| No. 335 | ATTILA BANOCZY<br>1433 East Garfield Avenue<br>Glendale, CA 91205 | $359.93 |
| No. 337 | GRIDNET INTERNATIONAL<br>1000 Holcomb Woods Parkway, Suite 342<br>Roswell, GA 30076 | $74,395.46 |
| No. 340b | WOODBRIDGE CENTER  CART 36SF<br>250 Woodbridge Center Drive<br>Woodbridge, NJ 07095 | $3,832.15 |
| No. 359 | ROMEO B REYES<br>925 Azalia Drive<br>Lewisville, TX 75067 | $320.65 |
| No. 364 | HERIBERTO G. LINARES<br>1127 East 47th Street<br>Los Angeles, CA 90011 | $266.46 |
| No. 365 | VINCENT L. STEWART<br>38301 11th Street East, Apt. 5<br>Palmdale, CA 93550 | $679.43 |
| No. 379 | TIMOTHY ROSS BRATCHER<br>7 Devonshire Drive<br>Conroe, TX 77304 | $1,085.47 |
| No. 383 | ATTILA SERESS<br>7008 Jellico Avenue<br>Van Nuys, CA 91406 | $799.36 |
| No. 385 | DIANE H. KNOLL<br>2727 Greer Road<br>Goodlettsville, TN 37072 | $224.22 |
| No. 388 | HEATHER ROSE<br>17819 Merridy Street, Apt. 235<br>Northridge, CA 91325 | $843.77 |
| No. 389 | MERLE K. SCOFIELD<br>13335 Wingo Street<br>Pacoima, CA 91331 | $2,172.47 |
| No. 390 | RICHARD THOMPSON<br>18555 Parker Road<br>Mokena, IL 60448 | $1,675.91 |
| No. 398b | SANTA ANA VENTURE<br>Altheimer & Gray - Attn:  Chris Combest, Esq.<br>10 South Wacker Drive<br>Chicago, IL 60606 | $3,000.00 |